**Order entered April 29, 2020**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-19-00522-CR

**JAMES GAVIN OVERLOON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court
Dallas County, Texas
Trial Court Cause No. F18-00355-U**

### ORDER

Before the Court is appellant's April 28, 2020 fourth motion for an extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief due on or before May 26, 2020.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE